# GENE ROSEN'S LAW FIRM

## A PROFESSIONAL CORPORATION

200 Garden City Plaza, Suite 405
Garden City, New York 11530
Tel (212) 529-3600
Fax (347) 578-8793
www.GeneRosen.com

Gene W. Rosen, Esq.
Partner
Admitted in NY, NJ, and CT
Direct Phone Ext. 101
Gene@GeneRosen.com

November 18, 2022

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Dreamtex, Inc. and Evan Young v. Alva Advance, LLC
Case No. 1:22-cv-9248

Dear Judge Marrero:

I represent the respondent in this action. The petitioner filed a petition and a motion to vacate an arbitration award. The petitioner's counsel extended the courtesy of consenting to my request of a 30 day extension to respond in this action. Accordingly, I request an extension of time to respond to the petition and the motion through December 19, 2022 (30 days is December 18, which is a Sunday). I thank the Court for its attention to this matter.

Very truly yours,

/s/ *Gene W. Rosen*

Gene W. Rosen, Esq.

cc: Shane R. Heskin, Esq.