**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DREAMTEX, INC. and EVAN YOUNG,

                Petitioners,          22 **CIVIL** 9248 (VM)

    -against-                        **JUDGMENT**

ALVA ADVANCE, LLC,
                Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 22, 2023, it is hereby ORDERED that the motion (see Dkt. No. 2) filed by petitioners Dreamtex, Inc. and Evan Young ("Petitioners") to vacate the arbitration award in favor of respondent Alva Advance, LLC is GRANTED. The Final Arbitration Award (see Dkt. No. 3-9) is hereby VACATED; and it is further ORDERED that the request by Petitioners for a remand of the arbitration to a newly appointed, neutral arbitration organization is GRANTED. Accordingly, the case is closed.

**Dated**: New York, New York
          September 5, 2023

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court

                         **BY:**
                                                    _____
                                                            **Deputy Clerk**